FILED
DEC 17 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

(9th) Ninth Federal District Courts US of A
Southern, Central and Phoenix Courts
880 Front Street Ste 4290
San Diego Ca 92101 - 8900.

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

Mr. James Lynn Hines

v.

Eric S. Pierson c/o of A.D.O.C.
Appeals Unit Administrator.
Warden Ontiveros Florence
Calif. & Ariz. Dept of Corr.

'07 CV 2371 W AJB
CASE NO. #

F.C.R. of P. 5. (c)
Numerous Defendant(s).
Peace Officer Assoc. Union
California Correctional Peace
Officer Association
18 & USC §§ 2510 to 2520 &
"Electronic Communications"

28. USC § 1332 (a) --- ---
diversity jurisdiction
over $75,000.00 Injuries #
42 USC § 1983 --- ---
civil Rights jurisdiction #
☒ original complaint

A. Jurisdiction

1. This Court has jurisdiction over this action pursuant to: 28 USC § 1331. Bivens, (and) v. Six Unknown Federal Narcotics officers, 403 US 388 1971 : 42 USC § 1983 Civil Rights Complaint Insurance 110 Medicare Act 151 Other Contract Personal Injury Medical Malpractice 362 Torts Civil Rights 442 Employment Prisoner Petitions 535 Death Penalty and 550 civil Rights 18 USC § 18 USC § 3041 Organizational Victim, State Local officer #

Name of Plaintiff: James Lynn Hines
Mongol prospect name: Jackson Malloy
Native American name: Yellow Fox
Present mailing address: Box 3400 1-D09-40 -
SMU II Eyman Complex ASPC Florence State Prison.
Florence Arizona, 85232

Institution / city where violation occurred: Interdepartmentally in Transition by Electronic Surveillance Interstate Compact Agreement Contract for Civil MDO parolee of Atascadero State Hospital with Parole Dept Region IV San Diego to Santa Barbara w/and Community Services Divisions ... Conrep Dir. Ms. Jane Shell, Dr. Williams, Southpoint Dr. Bert Jarvis Nelson Haven Board Care Home 22nd street San Diego to Phoenix 1300 W Pierce and 1223 Grand Ave D & L Auto Collision and Behavioral Science Systems Rehab Church properties w/ underground Bath-house adjacent to Fat Cats Bar, audio video surveillance Greyhound Bus Lines, Yellow cab, and CASS Homeless Shelter Phoenix State Capital Sept 12th to Oct 7 2004 to Arizona Dept of Jails and Dept of Corr. 10-10-04 to 8-6-05 Ad-seg Investigation Lockup orders pre-post injuries and G.J.I. and pre-trial, trial, and appt. of counsels and convictions due to a Motion in Limine See: Hines v. Burtos CV-05-7939 (A.A.S.) (MAN) (2) Ineffective Assist of Counsel

Rule 6. Discovery (a) Leave of Court Required: sic ... If necessary for effective discovery the judge must appoint an attorney for a petitioner who qualifies to have counsel appointed under 18 USCA § 3006 A.

Faretta V. California 422 US 806 (1975) Right to counsel of ones own choice Conflict of Interest with States appt. of attys. California to Arizona from 1998 to 2004 to date of E.P.R.D. w/out Notice of Parole Violation Morrissey V. Brewer 408 US 471 1972 ... inre: Bonn, Bonn of San Jose Ca. ... Foley, Lardner ... Elliot Kransky of Sherman Oaks Ca. ... or/and Joseph L. Cimbrone of San Diego Ca. 10-2-85, 10-3-85 Car accident to 10-7-04 1300 W. Pierce, 1223 Grand Ave at location of arrest D/L auto Collision, Behavioral Science Systems Rehab, aka Health Systems Inc. a Behavioral Science psychology, anthropology and sociology computer audio video study of Alpha Biological-Medical research. Technologists. Psychologists, Psychiatrists Police and Medical w/ Banner Medical Group ALL State Insurance and Geico Insurance Co. for Med-caid Medi-cal exp. 2004 for plaintiff HMO provider and Claimant / declarant. VS. Respondant.

United States V. Bailey Alternative, Sentencing ABA standards supra 3 of 3 §. United States V. Torres 751 F.2d 875 7th cir (3) 1984 Television Surveillance

Rule 44. Right to Appt. of Counsel subdivision (b) Criminal Justice Act 1964 36 FRD 277 (1964). Phillip's and Associates and The Natl. Prison Project for prisoners ACLU 733 15 Street N.W. Ste. 620. Washington D.C. 20005 & 1875 Connecticut Avenue N.W. Ste 410 Washington D.C. 20009. 202-234-4830. [RSVP/VIP.]

18 USCA § 2510(4) Criminal Law Federal Wiretapping Act. adverse authority. Public Authority Special Authority Naked Authority. Automatism: Actions Conduct. occurring w/out will actions purposes reasoned intention mental diss association w/out full awareness, though capable not conscious consciousness: George Whitecross Patton a text book of jurisprudence 315 4th ed. (1972). Apparent Authority as: Insurance Law John Alan Appleman Jean Appleman practice § 8674 authority coupled w/ an interest public/private. 18 USCA § 1961 (4) United States v. Turkette 452 US 576 101 SCt 2524 (1981) Victim allocution Fed. Crim Rule of Proc. 32 (c) (3) (c) Alibi in defense Rules 21, 7.1 15 detained material witness 18 USC 3144. Racial-Religious-Sexual gender and Gay Rage Hostile sexual harassments in custody: PREA. Prison Rape Elimination Act of 2003 PREA LAW S. 1435 signed by President Bush.

To show an exigent need for appt of an Impartial unbiased non familiarized counsel or a

attorney as selected from ACLU Nat'l prison project Washington D.C. (mentioned herein) # Prison to Hospital to Prison to Hospital to Prison Calif to Ariz Oct 3RD 1985 to Oct 7th 2004. Association in fact exist Pattern of = Racketeering Activities w/ police, health care. Physical, Emotional distress and Post traumatic stress disorders co-dependantly do exceed $75,000.00 treble enhanced $25,000.00 a month and/or $500.00 a day 42 usc § 1396 r for plaintiff to claim as civil MDO parollee abalienated, abandoned by State Federal Calif Dept. of Rehab and LCSW Bonnie Daley Dave Mullins Jane Shull Dr. Williams of San Diego County Mental Health Forensics Team Con Rep as aka Jackson Malloy K86989 #. because of Incompetent advice of counsel 4 atty Taylor Schwing California Affirmative Defenses § 41-26 at 82 2d ed 1996. See: Appreciation Test 18 USCA § 17. Rule 11 Competency as James Lynn Hines 197067, are reports complimentary of highly functioning GED graduate and Cullinary Arts Degree w/ State of Missouri Boonville & Columbia Mo. / on 10-7-04 unconsciousness" arrested at Good Samaritan Hospital ... Banner Medical Group ... Advocate Witness Rule Attorny denied.

codicil or contestant to an inheritance a large estate Cole Acres B of A deposits 3-26-06 retroactive to 1974. $1,000,000.00 A treatise on Wills, on the law of wills art § 7 art 11 1900 ... West 1983 US Const. Art. 1 § 7. § 3 Guide to American Law. 165. 66. abunare, ability, to abalienate...

Favored beneficiary is oppressed and suppressed under duress of Arizona computer televised surveillance audio-video tactical deployment ... pending adjudication with Respondent Bank(s) Depository Banks that act as an intermediary.

The Automated actions and conduct after and prior to 10-7-04 are identified as deliberate elicitation to self incriminate to discredit, disinherit witness and to deny employment of visually disabled prisoner/parollee 42 USC §§ 12101-12213 by Defendant(s) against plaintiff with policy that private and public governmental agencies are prohibited from discriminating against because of race, religion, sex, or/and disability. Supplemental jurisdiction Statute 28 USC § 1367 rather than opinion is applicable any where in the 9th District Region IV parole and Community services Division. Agreement UCC § 1-201 (3) Breech of Contract § 2 art 6 Walcer H.E.

Aguilar v. Texas 378 US 108 84 Sct 1509 (1964) Spinelli v. United States 393 US 410 89 Sct 584 (1969) reliability of Information and person must be Independantly shown = Aguilar Spinelli Test.

Evidence after 10 / 15 yrs. Fed. Rule Evid 901 (b) (8) Fed Rule of Evidence 801 (d) (2) Admission by a party opponent adverse witness adverse dominion --- From Missouri to Calif to Arizona racial apartheid by Church / state Rule 32. (3) filed in Pinal County 12-14-06, & 2-14-07 for ARS-41-1493 01 (0) Religious Oppression Civil Rights Discrimination that grant only a Federal prisoner relief Pinal to Maricopa County Notice of : (Motion to Vacate judgement 28 USC § 2255 (1970). United States v. Hayman 72 S Ct. 263 342 U.S. 205 96 LEd 232 (1952).).

(1) The Defendant is a member of the Pierson family of Pierson Street Church a Baptist Teen challenge Church in Phoenix Az.

(2) The Plaintiff is a member of the Pierson family of Pierson Street Church a Baptist or "St. Jean Pierre Baptist the Red Church" non-cognizable of plaintiff as oppressed catholic.

(3). Plaintiff is a Native American of Seminole (Blackfoot) Cherokee-Choctaw Mississippi - Florida blood by Mother Mrs. Linda Sue Pierson - Hines a medical - malpractice victim by West side Pentecostal Church w/ State Dept. of Cor. in Missouri 1989 1990 Church of the Nazarene Memorial Services The Ely - Pierson Nazarene associates of Tom Metzger of Fallbrook Ca. San Diego County.

(4). Exhausted State Remedies as to the Over familiar status in custody Letter to Warden 11/13/06. Grievances Moot and Detention as Appeals Unit Administrator Claims disrespect to punatively house plaintiff w/ after surgical wieght loss of 100 lbs. #. 10-06 retro 10-05 to 11-07. after a Buckeye to Florence prison trans that was a result of electronic surveillence homoplagium assault w/ syringe by Paul Copas David Jimenez Paul Davis David Grey. white and brown vs. Black & white Spanish - Dutch and LDS of Hini - Colo Kentucky Illinois. Religious Aperohied for Racial motives, and sexual St. thomas of Aquinas. oppression reverse racial.

(5). Proof of Injuries - retro active to 10-7-04. up to date : as "Jacobs Ladder" based on

Genesis 32:22 of NIV Bible Baptist Reference Bible.

(6) Mother of plaintiff killed for Exodus 17:15.

(7) custody of child taken by church for 1 Kings after I and II Samuel. the reasons for Brentwood Ca. double homocides. w/ plaintiffs cousin's David Cole-Clark and Jennifer Kowalski, David Smith, Mark Whooten Kowalski, Ronald Goldman, Nicole Brown Simpson, sister Lori Ann Colebert and niece Jennifer Michelle Colebert & Mason plot of Biblical reference, Jaffe Inc. E.S. Baptist W.S. Pentecostal Dutch and Spanish Conglomeration of St. thomas Parish of Agilai for mexican-asian's Jury Urangu Capt Martinez - Capt Ortiz, Capt Ruiz and Santa Barbara & San Diego & Phoenix Dept. of Corr. personnel, Flagstaff Az. Cindy Smith and childs name Ms. Ambrosini Collier-Smith w/ illegal custody. ARS 36-339 (c) (3) missing child after 6-99 & 10-99 at CSP Corcoran state prison IV A Sth yard family visits.

(8) Plaintiff is a witness to the double homocides cal 'pc. 187' and in need of Federal placement custody issues. Plaintiff has handled evidence clothes, knife, CD Rom w/ computer purchase of TR Commodore 64 w/ discs.

(9)

Short concise and Direct: Plaintiff by Defendant(s) has been on computer surveillance audio video alternative behavioral science analysis from Cor-SHU to ASH via Folsom Keeney v. Rushing hearing that ordered no involuntary medication needed (at 185 lbs. now 150 lbs.). Interstate Compact Agreement Contract 4th Waiver and/or car & stress session of violent audio stimulation program by parole dept 1998 to 10-7-04 to 11-13-07 to EPRD of 2-17-10 if not preliminary injunctively relieved of as CalW parole violator w/ new term denied Notice of Parole violation as aka Jackson Malloy K86484 a Mongol MC recruit / prospect name of Mongol Chris Wagner of San Diego. #. Leone class suits and the Fed Rules 22 Mini LAW 34 1937 joint common or secondary right. #

(10).

On 10-7-04 plaintiff was in altercation justifiable in defense of third party (Mother) of (child) as a parent and property and possessions c/w song lyrics that were to Keith Urban as did eye wit status to Kate Icalli 1996 at CMC San Luis Obispo Ca & Del Mar, Calif to Dr. Jaffe's condo. Black Mercedes 300 SL police detail after homocides in Brentwood blood spots and fibers of clothes skin blood tissues etc. DNA. deoxyribonucleic acids. phosphorous sugars. Hair/skin/blood "Lab test" Dr. Michael A Jaffe of Jaffe Inc is a Forensic expert

Dr. Michael A Jaffe Letter of reccommendation to BPT San Diego curt residence, job, relationship for sexual favors. Ms. Cox Chairperson BPT San Diego RJ Donovan state prison Parole Violation 1-4-94 ... Force Assault w/ deadly weapon not firearm, great bodily injury likely / prosecution rejected lack of corpus. 9-26-91 Sale of marijuana to "Kenneth Pierson" SDPD Narcotics Agent Balboa park San Diego due 3 yrs. probation pro per 63 days in jail Parole revoked on 11-16-92 ... The 1-4-94 Dr. Jaffe Letter of reccommendation to parole office BPT is based on automated behavior the computer study of behavioral science -> psychology, anthropology and sociology cyber subjugation to deliberately elicitate self incriminating behaviors "case dismissed;" the 9-26-91 case shows over dwelling w/ Pierson Family - Plot discriminatory. (produced and directed.)

Petitioner Plaintiff has appealed honestly to Eric S. Pierson as to staff use of audio - video stimulation to simulate anger by trigger responses w/ behavioral science at ASPC Florence and Eric S. Pierson has denied appellate procedure at the administrative level Exhaustion of state remedies. 42 USC 1997 e (a). (1/2 truths or false statements by staff ARS 38-611 and /or ARS # 41-1604 false statements A-6 A-8. Contradicting staff. Compensation should be time credit restoration Class III parole status for law library reprieve on case.

* Issues.

Ars Chpt. 11 State Dept. of Corr. ARS 41-1602 (A)(B) purpose of rehabilitation Institutionalization and community services supervision function of all adult offenders - Abuse of State agency web site ARS 41-4151 -4152 4153. Reports Obligations access should not be used to deny plaintiff 6th Amend U.S. Const. Rights State to State in pursuit of justice excessively cruelly or unusually to inflict a harsher sentence or punishment of a paroller Fugitive of justice w/ activated warrant for absconding to Arizona Phoenix State Capitol to see: Governor Janet Napolitano w/ Calif State Legislature spokesperson Christine Kehoe cc. copied correspondance Letter Info - Parental custody Fathers Rights* Sacramento to Phoenix. also for plaintiffs seminole mother* at St. Louis Hospital 1989 to 1990 and 1982 - 81 cancer by loss of Dr. Miller - Jaffe a female who did retaliate vindictively for Uncle Bobby Bujalolis of San Quentin Calif a Death Row Releasee to PAU /SAU at CDC involved in Los Angeles Ca. Tate - Folger Homocides. Joe Jaffe and Michael Jaffe of Jaffe Inc well known to petitioner since 1970s Decatur Illinois 1980s St. Louis Mo. Cabala Cansta orientated Chandra Levy of U.S. Bureau of Prisons w/ Gary Condit of Modesto Ca. → issues) and (child custody) → Psych malpractice at DSH* → and

30 day parole transfer to Arizona to stop electronic survielloncees systems of defendant Missouri to Calif to Arizona.

All of the Attorneys provided to plaintiff-petitioner have not provided effective assistance of counsel by Carter-Fitzgerald Network of stock-share holders ... as: Peter Deddah & Associates (San Diego Co.) Christopher Crisarian (San Luis Obispo Co) Jason Leonard & Assoc. (Phoenix Az) Kenneth S. Countryman P.C. esq. (for the Cole Family - Missing family noted on Rule 32 PCR as stating nothing "viable" on April 23rd 2007. (after purchasing a volkswagen);(at estate of plaintiff "favored beneficiary" of $100,000.00), + plus ... * for incriminating behavior to Mother Linda Sue Pierson Hines, sister of Betty Rose Cole by Insurance Conglomerate of All State, Geico Ins. Co. Prudential, State Farm Ins. Co., CD Rom video Comp. Lab at Estate address of Century Home over 100 yrs old Missouri Historical Society to Crestwood all residents of Caldwell Banker on CD Rom surveillance ... conflict of interest ... proof of existance of relationship ... racketeering ... #. San Diego St. Louis Pho Az pre-med).* State Bar complaints on file w/ forensic composites sketches. See: Los Angeles Comprehensible point ineffective assist of advisory counsel on 7434 CDs (MAN). Specifically over generalizations of deprivation of 6th Due process or and Constitutional Rights by "Motion in Limine" filed by Maria L Schatter Public Assist of Counsel Public defenders office; need expressed for an attorney is/as exigent.

Advocate Witness Rule, Herzberg Leslie Witness Protection Act of Calif p.c. that would restore employment (1) Honey's market (2) child custody missing child (3) resolve - absolve Insurance dispute w/ Church over "Living Will" and (4) Guarantee the punitive compensatory damages sought by plaintiff to be in excess of 75,000.00 state to state w/ defendant.

Retrospectively incl: pg. 3. United States v. Bailey line 27 to 29 and United States v. Torres ABA standards 3 § 3 supra) ... 751 F.2d 875 7th Cir (1984) Television surveillance ... Matthews Balancing Test, Administrative or/and Active Supervision has denied to alternatively place plaintiff over reincarceration w/ co defendant William Torres. - Listed as co/defendant to indicate the text as succinctly provisional bi-lingual courts that along w/ jury selection denied comparative disparity in Batson challenges + ensure a fair and impartial jury selection after an oral "change of Venue" motion was denied on 3/30/05. # Claimant demonstrates the jurisprudence at mode of conduct as fundamentally in error as colorable to be allowed a Federal discretionary review cognizable on Parole violation Federal placement custody and appt. of counsel forthwith. Pleads and prays the Plaintiff pg 2. "Motion in Limine" pg. 13. "Motion in Limine" Generalized and specifically #, incl attys. (eg).

'Defendant Pierson is from San Diego. and also plaintiff w/ missing rettenue of over familiarity and it is the plaintiffs 14th Amend. Right as a 1/2 breed Native American to be

allowed a Federal prison transfer that would ensure the benefits of employment, financial dividends, stipends, of $100,000.00 dollar interest in Cole Estates Series of stocks, bonds, shares, etc. that is in controversy now for a Alcohol Tobacco Firearm issue in re: (Liquor License of local Bar at 1223 Grand ave. that utilizes the surveillance systems that caused arrest at location of melee w/ others 911 calls CSO Reports documentary evidence as supportive succinctly to "gang violence." Racially Religiously Motivated with an sexual overburdensome influence by defendant Pierce to Pierson Street St. Thomas of Aquini Church Parish a Gay, Lesbian, Bi-sexual Church. San Diego Hillcrest St. Thomas of Aquini parish location and Golden Hills location site of Board & care of plaintiff 22nd street specifically located adjacent to above and below ground as is Phoenix w/ access to alcohol, tobacco, firearms) of Illinois w/ land property interests of Moultrie and Macon County. Approx. five (5) acres - "unestimatable value." in the Sixth Judicial Circuit of the state of Illinois. Mississippi, South Dakota, Oklahoma and/or Florida for Federal placement is the alternative or amended judgement preffered by Mr. Joe Cole Uncle of Cole Estates or Grandfather W. L. Pierson to go to Boston Massachussetts Uncle of Joe Cole as a 1/2 breed 42 cjs § 3 Indian's Mixed Bloods to avoid religious oppression (plaintiff prefers South Dakota area over all, along Mississippi and Indian Rivers accessable from Missouri.) * For Federal placement as a Native American. END. Chief Gomez of the Blackfoot Tribe.

Conclusion ... All necessary means and measures have been presented to the courts for discretionary review forthwith in compliance with the rules and regulations for judgement to be rendered - this Conclusion forthwith is hereby cognizable on behalf of Appellant.

11/13/07

Jam L. Olsen 190067
"Yellow Fox"
aka Jonathan Malloy L81980

Proof of service:

Copies for opposing parties have been deposited and mailed in the U.S. postal service to Missouri:

(A) Jeremiah W. "Jay" Nixon Supreme Court Bldg. 207 W. High Street Jefferson City Mo. 65101.

South Dakota: (B) Mark Barnett 500 E. Capitol, Pierre, S.D. 57501-5070.

(C) Bill Lockyer 1300 I Street Ste. 1740 Sacramento, Ca 95814.

(D) Janet Napolitano 1275 W. Washington Street Phoenix Az 85007. #

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)*: O'Hines, James | ADC Number: 197067 |
|---|---|
| Institution/ Unit: ASPC-EYMAN/SMU II HU: | |
| From: Deputy Warden Johnson | Location: SMU II |

I am in receipt of your Inmate Letter dated October 8, 2006, referencing staff over familiarity. Warden Ontiveros asked me to look into this matter. There is not evidence to substantiate these charges. You also mention being singled out by staff for disciplinary action at CB-6. You received two write-ups while housed at CB-6, one major and one minor. This does not seem out of the realm of possibility considering the rest of your disciplinary history, five majors and three minors since July 27, 2005.

As for your request to be moved to Tucson or SMU I, you are currently housed approximately and within matrix.

c: Warden Ontiveros
File

| Staff Signature: [signature] | Date: 11/13/06 |
|---|---|

Distribution: White - Central Office Master File
Yellow - Inmate
Pink - Institutional File

916-2PF
4/15/04

(37)

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE DISCIPLINARY APPEAL RESPONSE

| ID | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 369 | Hines | 197067 | 06A21-0184 | Eyman | SMU II |

In this disciplinary case, you were found guilty of Threaten, a Group B-02 major violation. This opinion constitutes the Central Office level decision to uphold the penalties.

**Response:**

You have appealed this Disciplinary for the sole reason of Severity of Penalty.

I find the recommended penalties are well within the established policy guidelines for this Group B major violation, and were upheld by the Deputy Warden.

The recommended penalties are upheld, and your appeal is denied.
kb

**Eric S. Pierson,**
**Appeals Unit Administrator**

8/9/06
**Date**

Distribution: WHITE - Central Office Records
CANARY - Institution Records
PINK - Inmate



803-10D
4/99

**ARIZONA DEPARTMENT OF CORRECTIONS**
**INMATE DISCIPLINARY APPEAL RESPONSE**

| ID | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 139 | Hines | 197067 | 06A21-0085 | Eyman | SMU II |

In this disciplinary case, you were found guilty of: Disrespect ..., a Group B-16 major violation. This opinion constitutes the Central Office level decision to uphold the findings and penalties.

**Response**

You have appealed this Disciplinary for reasons of Due Process, Adequacy of Proof, and Severity of Penalty.

Upon review of the record contained within the case file I do not find a due process violation. The procedures outlined in Director's Instruction #6, Inmate Disciplinary System, have been followed. Your administrative hearing was conducted on 03/27/06 by the Disciplinary Hearing Officer in accordance with the guidelines set forth in D.I. #6. The record also reflects that you were properly served notice of the charge when given your copy of the Discipline Report form on 03/22/06. You received more than the required 48 hours time to prepare for the hearing on this Group B16 charge. Your narrative recites matters which are not Due Process violations.

The Result of Disciplinary Hearing form reflects that the appropriate standard of proof for the finding of guilt was met and is documented on the form by the D.H.O. The record contains adequate evidence that you committed a B16 offense, by extreme disrespect to an officer. You pled guilty at your hearing. Your appeal seems to be an attempt by you to re-argue your side of the case to the review authority. However, the appeal process is not your opportunity for a new hearing. The time to argue your case is at the administrative hearing since it is the sole responsibility of the D.H.O. (the trier of fact) to weigh the evidence and testimony presented at the hearing and decide its relevancy and credibility to determine whether it is more probably true than not that you committed the violation. This was done in your case.

Further, I find the recommended penalties are well within the established policy guidelines for this Group B major violation.

The findings and penalties are upheld, and your appeal is denied.

kb

Eric S. Pierson,
Appeals Unit Administrator

Date 4/26/06

Distribution: WHITE - Central Office Records
CANARY - Institution Records
PINK - Inmate



803-10D
4/99

AMERICAN CIVIL LIBERTIES UNION of EASTERN MISSOURI

October 17, 2007

James Hines
ASPC- Eyman
SMU II Unit
P.O. Box 3400
Florence, AZ 85232

Dear Mr. Hines:

I am writing to acknowledge receipt of your recent letter in which you requested assistance from the ACLU-EM. I would like to know if you would be able to type your complaint and send it back to us once again. We were unable to read your handwritten complaint, and although we could make out that it had something to do with visitation at the facility, we could not clearly distinguish what the exact issue was.

Please understand that the ACLU-EM does not represent you at this time, nor are we making any commitment to future representation.

You should also know that the ACLU-EM is a private, non-profit organization that seeks to protect and extend civil liberties guaranteed by the Constitution and the Bill of Rights. We rely on volunteer attorneys and do not have the resources to proceed on every case that may raise a civil liberties question. We therefore are very selective in choosing our cases, usually seeking those that will establish new principles of law or benefit the greatest number of people. Unfortunately, we do not have the resources to provide representation for every meritorious complaint that we receive.

Thank you for contacting the ACLU and for your commitment to civil liberties.

Sincerely,

ACLU-EM LEGAL INTAKE DEPARTMENT

# PHILLIPS & ASSOCIATES

ATTORNEYS AT LAW

SUITE 1100
3030 NORTH THIRD STREET
PHOENIX, ARIZONA 85012

WWW.PHILLIPSLAW.COM

TELEPHONE
(602) 258-8900

ROBERT ARENTZ*
JEFFREY L. PHILLIPS
JOEL ERIK THOMPSON*
JOHN A. SCHILL
DAVID R. MIKA
GORDON THOMPSON
LARRY MAGID
LAURA A. LEHAN
ALAN R. HOCK
DAVID R. WROBLEWSKI
RICK POSTER*
S. MAGNUS ERIKSSON
GUY BROWN
JOHN W. MCBEE
MICHAEL S. YUCEVICIUS
JOSE A. MONTAÑO
CINDY CASTILLO
SHAD W. BLACKFORD
EVAN W. ROMBERG

*BOARD CERTIFIED SPECIALIST CRIMINAL LAW
†CERTIFIED SPECIALIST PERSONAL INJURY & WRONGFUL DEATH LITIGATION

ROBERT BEUCLER**
JEFFREY SCHREIBER
ROBERT R. TEAGUE
MARTIN A. CREAVEN
JAMES S. FICKLING
ROBERT F. CLARKE
PAUL M. DUDA†
ANDREW S. NEMETH
LOWELL W. FINSON††
JOSHUA S. PARILMAN
TIMOTHY G. TONKIN
CHARLES M. LEFTWICH JR.
BARRY S. WAGNER
DENNIS J. CURRAN
JAMES J. SCHOLLIAN
WARD B. RASMUSSEN
ERIC R. THEIROFF
ALBERTE R. DAYES III
TATIANA M. FROES

**CERTIFIED SPECIALIST BANKRUPTCY LAW
††CERTIFIED SPECIALIST WORKERS' COMPENSATION LAW
ARIZONA BOARD OF LEGAL SPECIALIZATION


**ROBERT ARENTZ, Attorney**

December 16, 2005

Mr. James Hines
ADC #197067 B 8600
ASPC – Florence
CB 6 Unit – 3 A 1 C
Florence, AZ 85232

Dear Mr. Hines:

I am returning the recent letter you sent our office. We are unable to assist you without being formally retained as your attorney.

Please have a friend or family member contact our office for an appointment to discuss your representation.

Sincerely,

PHILLIPS & ASSOCIATES

Robert Arentz
Supervising Attorney

Enclosure

Kenneth S. Countryman (#015682)
**KENNETH S. COUNTRYMAN, P.C.**
1726 North Seventh Street
Phoenix, Arizona 85006
Phone: (602) 258-2599
Fax: (602) 258-5070

*Attorneys for* Petitioner

COPY
MAR 0 2 2007
MICHAEL K. JEANES, CLERK
H. SNEDDON
DEPUTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| STATE OF ARIZONA,<br><br>Respondent,<br><br>vs.<br><br>JAMES HINES,<br><br>Petitioner. | No. CR2004-129044-001 DT<br><br>**NOTICE OF COMPLETION** |

Counsel for Petitioner, having corresponded with the Petitioner, and reviewed the court file, is unable to raise any viable issues under Rule 32, Arizona Rules of Criminal Procedure. Counsel will not be filing a Petition for Post Conviction Relief.

A 30 day extension of time for the Petitioner to file a Petition for Post Conviction Relief in propria persona is requested. Following notice by counsel that a petition will not be filed by counsel, the Petitioner is entitled to an extension of time allowing him to proceed in propria persona. *Lammie v. Barker*, 185 Ariz. 263, 915 P.2d 662 (1996).

RESPECTFULLY SUBMITTED this 2nd day of March, 2007.

KENNETH S. COUNTRYMAN, P.C.

By: ____________________
Kenneth S. Countryman
1726 North Seventh Street
Phoenix, Arizona 85006
*Attorneys for Petitioner*

**ORIGINAL** of the foregoing filed
with the Clerk of the Court and a
**COPY** of the foregoing faxed
this 2nd day of March, 2007, to:

Honorable Thomas W. O'Toole
CCB-4B
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, AZ 85003

and a **COPY** of the foregoing mailed
this 2nd day of March, 2007, to:

Mr. Gerald Grant
Deputy County Attorney
Maricopa County Attorney's Office
301 West Jefferson Street, 7th Floor
Phoenix, AZ 85003

Mr. James Hines
ADOC #197067
ASPC Eyman / SMU II
P.O. Box 3500
Florence, AZ 85232-3500

KSC
______________________________

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

DEC 17 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ ProSe ___

I (a) PLAINTIFFS

**James Lynn Hines**

DEFENDANTS

**Pierson, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**James Lynn Hines**
**B 3400, SMU II**
**Florence, AZ 85232**
**ADC # 197067**

ATTORNEYS (IF KNOWN)

'07 CV 2371 W AJB

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 12/17/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~