James Lynn Hines
PLAINTIFF/PETITIONER/MOVANT'S NAME

197067
PRISON NUMBER

ASPC Florence Eyman SMU II 1-D-40
PLACE OF CONFINEMENT

Box 3400 Florence Az 85232
ADDRESS

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District Of California

James Lynn Hines,
Plaintiff/Petitioner/Movant

v.

Eric S. Pierson et al,
Defendant/Respondent

Civil No. 07-2371
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution? ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   Unanswered

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   1997 (Robert Dougherty) Henry's Markets 4900 Block Park Blvd, San Diego Ca from 1980's. Uncle, family business.

3. In the past twelve months have you received any money from any of the following sources?:

| | | |
|---|---|---|
| a. Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. Rent payments, royalties interest or dividends | ☐ Yes | ☑ No |
| c. Pensions, annuities or life insurance | ☐ Yes | ☑ No |
| d. Disability or workers compensation | ☐ Yes | ☑ No |
| e. Social Security, disability or other welfare | ☐ Yes | ☑ No |
| e. Gifts or inheritances | ☑ Yes | ☐ No |
| f. Spousal or child support | ☐ Yes | ☑ No |
| g. Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   B of A Joe Cole deposits from Dalton City Illinois 1974 to 3-26-06 "unestimatable"

4. Do you have any checking account(s)? ☑ Yes ☐ No

   a. Name(s) and address(es) of bank(s): B of A.

   b. Present balance in account(s): unestimatable

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No

   a. Name(s) and address(es) of bank(s):

   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No

   a. Make: Year: Model:

   b. Is it financed? ☐ Yes ☐ No

   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☑ Yes ☐ No
If "Yes" describe the property and state its value. Moultrie County Illinois Fishing/Game Rights licensed and Native American registration Springfield IL

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Brother, Father, nieces (HIV+ and senior) daughter - *
Christian Darrell Hines
Jo Darrell Hines
Jasmine Dougherty Jennifer M. Albert * Ms. Kimberly Lechner

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
Plead San Diego Collusive courts State and Federal Filings writs torts and complaints over authorities obstructions and oppression transfer San Diego to Phoenix (geographically)

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Kari Kalin (star witness true story) OJ Residence ©. [illegible]
Keith Urban (songs writings, melodies)
(Berry Ale (Aunt) Mason Inheritance Account B of A $100,000.00)
D.C. Staley 5000.00 Credit Union (Bonds mutual equity)

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
Indigent/welfare supplies
Indigent/Legal supplies

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2 - - 08
DATE

James Lyon Hines
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant James L. Atkins,
(NAME OF INMATE)

192067,
(INMATE'S CDC NUMBER)

has the sum of $ 0.00 on account to his/her credit at Smith 0.00 Florence Eyman Complex Florence Az.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities 0.00 to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 0.00, and the ***average monthly deposits*** to the applicant's account was $ 0.00.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

01/15/08
DATE

Ford
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

D. Ford
OFFICER'S FULL NAME (PRINTED)

COII 1875
OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, James Lynn Hines, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

2-09-08
DATE

James Lynn Hines
SIGNATURE OF PRISONER

Supplement: 1-24-08 # to Hines v. Pierson CV 07-2371

Southern District Federal Court.
880 Front Street Ste 4290
San Diego Ca. 92101

United States District Court
Central District of California
312 North Spring Street G-8
Los Angeles, Ca 90012.

28 USC § 1657
Civil No 07-2371

James Lynn O'Hines — FRAP. 34.3 (2)(3)(4)(5)

SDPD v. Jim Howle et al. — 28 U.S.C. § 1332 (a)

Los Angeles Police Dept — 18 U.S.C. § 18

Homocide Division — 18 U.S.C. § 3041

Brentwood California — Fed. Crim. Rule. Proc. 12.4. (a)(b)(2)(i).

(to) Eric S. Pierson:

Diversity Jurisdiction is demanded in the pursuit of justice for jurisprudence to be equalized on behalf of victimization by an Orginization applicable by Federal Statutes forthwith.

(1) Plaintiff is a Central District Courts of California State and Federal parollee.

(2) Plaintiffs allocution of eye witness to homocides is cognizable by Federal Rule Crim Proc. 32. (c) (3) (c), Fed. Rule Evidence 901 (b) (8). (after 10 to 15 yrs.)

Admission by party opponent: Double Homocides in Brentwood of Ronald Goldman and Nicole Brown Simpson seen on Big Screen T.V. w/ C.D. Rom Disc assisted by Internet Computer Access to: (1) reveal weapon (2) i.d. positive adverse parties (3) implicate plaintiff to handle altered evidence, disc, knife, telephonic information, letters, Automobile Black 360 SL Mercedes Benz, Clothing Bill Blass Aqua Blue jacket, and Burberry coat. Federal Rules of Evidence 801 (d) (2). Del Mar, CA.

Physical injury Requirement: 42 U.S.C. § 1997 (e) (e). Prison Litigation Reform Act 28 USC § 1915 (g) Andrews v Cervantes, 493 F.3d at 1051-52 noting § 1915 (g)'s exception for IFP complaints which "make a plausible allegation that the prisoner faced 'imminent danger ~~of serious physical injury' at the time of filing")~~.

(A) After Fed. Rules of Evid. 801 (d) (2) Del Mar, CA: At RJ Donovan Prison on 5-15-97 stabbed in back; 4/1/04 UCSD Hospital surgical removal, parole from ASH.

On 10-7-04 arrested at Good Samaritan Hospital, Phoenix Az absconded in pursuit of justice for Aggravated Assault injuries "severe". See Medical Reports. Documentary Evidence.

On 10-2005 retro-active to 10-2004 Ad seg Lock up Orders for Investigations Maricopa County Jail and Buckeye State Prison resulted in in-custody hospitalization for surgical needs assault by syringe, tattoo burning, "automated," racially motivated self, others.

Supervised Adseg to SMU II Buckeye to Florence Prisons from Phoenix Hospitals; Plaintiff cannot without risks of serious harm be in contact with others due to Public Slander defamation (libel) of character over child custody, football, and control case concerns: Self defense justification as a Parent, Third Party defense, in defense of property (Eq). Retro-active to day of arrest in phoenix Oct 7 2004. Oct to Jan. 2005 to 2006.

Precautionary measures taken have failed up to date October 9th 2007 to E.P.R.D 2-17-10 that would prevent risks to plaintiff to perform as a general population inmate in contact with others or as Ad-seg inmate in contact w/ others Investigation Orders dated: 10-9-04 Maricopa County Jail 8-6-05 Arizona Dept. of ~~Corrections "pre-injuries" retro active~~

Inordinary or Unordinary occurance in the Community, Media Events, Parole or Prison transfer to expose liabilities of enhanced danger, risks, and harms to Plaintiff as a witness, parollee, or suspect and victim in chronological events pre-post conviction. Fed. Crim Rule P. 12.4(a)(b)(2)(1). Organizational Victim

In the interest of justice CP 28 USC § 1404(a) Transfer of a detained material witness Fed civil Rule P. 7.1 (15. FCRP) title 18 USC § 3144 is prayed for to the Los Angeles Central District Courts for continued custody to relieve conditions of duress inre: Status of party opponent.

Conclusion:

All necessary means and measures have been presented to the courts for discretionary review forthwith in compliance with the rules and regulations for judgement to be rendered. Thus Conclusion forthwith is hereby cognizable on behalf of Appellant in proper form.

October 9th 2007

James Lynn [signature]

§ pro/per pro/se §

BK03 0 197067 20070501 A14 12/14/07 12:31:39
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20071201
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20070817 | A21488 | 0001 | 20070817 | COPY N/L-H | 8.70 | A21 | COPIES |
| 20070817 | A21490 | 0009 | 20070817 | POST N/L-H | 1.31 | A21 | POSTAGE |
| 20070821 | A21493 | 0005 | 20070821 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0007 | 20070821 | POST LGL-H | 1.14 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0009 | 20070821 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0011 | 20070821 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070824 | A21496 | 0009 | 20070824 | COPY LGL-H | 24.40 | A21 | NOTARY COPIES |
| 20070824 | A21497 | 0001 | 20070824 | COPY N/L-H | 12.90 | A21 | COPIES |
| 20070828 | A21252 | 0002 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0003 | 20070828 | POST LGL-H | 4.60 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0004 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0005 | 20070828 | POST LGL-H | 1.82 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0006 | 20070828 | POST LGL-H | 1.82 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0011 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0016 | 20070828 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 0.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070501 A14 12/14/07 12:32:17
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20071201
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20070828 | A21252 | 0016 | 20070828 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0017 | 20070828 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0018 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21253 | 0007 | 20070828 | POST N/L-H | 1.99 | A21 | POSTAGE |
| 20070828 | A21253 | 0008 | 20070828 | POST N/L-H | 2.67 | A21 | POSTAGE |
| 20070828 | A21253 | 0009 | 20070828 | POST N/L-H | 1.99 | A21 | POSTAGE |
| 20070829 | A21256 | 0001 | 20070829 | COPY LGL-H | 1.50 | A21 | CERTIFIED COPIES |
| 20070830 | A21258 | 0002 | 20070830 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0003 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0004 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0005 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070910 | A21269 | 0003 | 20070910 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20070913 | A21278 | 0002 | 20070913 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20070913 | A21279 | 0002 | 20070913 | POST N/L-H | 5.30 | A21 | POSTAGE |
| 20070913 | A21279 | 0003 | 20070913 | POST N/L-H | 1.82 | A21 | POSTAGE |

Bgn Bal: 0.00 Current Bal: 0.00 Spendable Bal: 0.00
MORE...